SCWC-14-0001138

**Electronically Filed
Supreme Court
SCWC-14-0001138
13-JAN-2020
02:13 PM**

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

TITLE GUARANTY ESCROW SERVICES, INC.,
a Hawai‘i corporation, Respondent/Plaintiff-Appellee,

v.

WAILEA RESORT COMPANY, LTD., a Hawai‘i corporation,
Respondent/Defendant/Cross-claim Defendant/
Cross Claimant-Appellee,

and

MICHAEL J. SZYMANSKI,
Petitioner/Defendant/Cross Claimant/Third-party Plaintiff/Cross-
claim Defendant/Third-party Counterclaim Defendant-Appellant,

and

ADOA-SHINWA DEVELOPMENT CORPORATION, a Hawai‘i corporation,
and SHINWA GOLF HAWAI‘I CO., LTD, a Hawai‘i corporation,
Respondents/Third-party Defendants/Cross-claim Defendants/
Third-party Counterclaimants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP NOS. 14-0001138 AND 16-0000034; CIV. NO. 02-1-0352(2))

ORDER
(By:  Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Remigio, in place of Recktenwald, C.J., recused)

Upon consideration of Petitioner/Defendant/Cross
Claimant/Third-party Plaintiff/Cross-claim Defendant/Third-party
Counterclaim Defendant-Appellant Michael J. Szymanski's motion
for reconsideration, filed January 3, 2020, and the record and
files herein,

IT IS HEREBY ORDERED, that the motion is denied.

DATED:  Honolulu, Hawaiʻi, January 13, 2020.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Catherine H. Remigio

